1  Daniel Vecchio
   CA State Bar No. 253122
2  Garvey, Schubert Barer
3  1191 Second Ave, Suite 1800
   Seattle, WA 98101
4  Telephone: (206) 464-3939
   Facsimile: (206) 464-0125
5  Email: dvecchio@gsblaw.com

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10 QL2 Software, LLC,
                                          NO. C 13-0899 LB
11        Plaintiff,
                                          **STIPULATION AND [PROPOSED]**
12    v.                                  **ORDER SELECTING ADR PROCESS**

13 Rearden Commerce, Inc.,

14        Defendant.

15    Counsel report that they have met and conferred regarding ADR and have reached the
16 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
17    The parties agree to participate in the following ADR process:

18 **Court Processes:**
   ☐  Non-binding Arbitration (ADR L.R. 4)
19 ☐  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
20 ☐  Mediation (ADR L.R. 6)

21 *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
22 appreciably more likely to meet their needs than any other form of ADR must participate in an
   ADR phone conference and may not file this form. They must instead file a Notice of Need for
23 ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

24 **Private Process:**
25    X  Private ADR: mediation by a third-party neutral to be mutually agreed upon by
26 the parties.

   The parties agree to hold the ADR Sessions by:_____

   STIPULATION AND [PROPOSED]
   ORDER SELECTING ADR PROCESS - 1

   SEA_DOCS:1102669.1 [17430.00200]

☐   the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

X   Other requested deadline: 120 days from the date the order referring the case to an ADR process is entered.

Dated: 6/12/13          Signature _____

Dated: 6/12/13          Signature _____

### [PROPOSED] ORDER

☒x   The parties' stipulation is adopted and IT IS SO ORDERED.

☐   The parties' stipulation is modified as follows,

_____
_____
_____

and IT IS SO ORDERED.

Dated this 17th day of June, 2013.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

By _____
U.S. Magistrate Judge